In the Matter of the Laying Out of LAWRENCE STREET Across a Railroad Right of Way in the Borough of Queens, City of New York. LONG ISLAND RAIL ROAD COMPANY, Appellant, CITY OF NEW YORK, Respondent.

Argued January 8, 1948; decided March 5, 1948.

810

*Paul Tison* and *Louis J. Carruthers* for appellant.

*John P. McGrath, Corporation Counsel* (*Andrew Bellanca* and *William A. Marks* of counsel), for respondent.

Appeal dismissed, with costs, on the ground that it presents no substantial constitutional question. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.